**Abatement Order filed July 31, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00287-CV
_____

**RICHARD ALAN HAASE AND AUDREY LOIS HAASE, Appellants**

**V.**

**SANTANDER CONSUMER USA, INC., Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197259**

---

## ABATEMENT ORDER

On July 16, 2014, appellants notified this court of their intent to file a petition for writ of mandamus in the Texas Supreme Court challenging this court's decision on indigence and requested an abatement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until October 6, 2014. The appeal will be reinstated on this court's active docket at that time, or when appellants notify this court of the ruling of the

Texas Supreme Court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM